UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): **15-1599**  Caption [use short title]

Motion for: **extension of time to perfect the appeal**   **Rizvi v Town of Wawarsing**

Set forth below precise, complete statement of relief sought:

This motion seeks a 30 day extension of the August 28, 2015 deadline to file appellant's brief and corresponding extensions for the filing of the opposition and reply briefs

MOVING PARTY: **Rizvi**  OPPOSING PARTY: **Town of Wawarsing, et al.**
☐ Plaintiff  ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

MOVING ATTORNEY: **Robert N. Isseks**  OPPOSING ATTORNEY: **Michael Murphy**
[name of attorney, with firm, address, phone number and e-mail]

Robert N. Isseks, Esq.  |  Michael Murphy, Esq., Carter Conboy,
6 North Street, Middletown, NY 10940  |  20 Corporate Woods Blvd, Albany NY 12211
845-344-4322, isseks@isseksandsmith.com  |  518-465-3484, mmurphy@carterconboy.com

Court-Judge/Agency appealed from: **USDC NDNY**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this Court?  ☐ Yes ☐ No
Requested return date and explanation of emergency:____

Is oral argument on motion requested?  ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:____

Signature of Moving Attorney: _____  Date: **08/14/2015**  Service by: ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)